

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2016

No. 04-16-00380-CR

Richard **PRIETO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9942
Honorable Lorina I. Rummel, Judge Presiding

## O R D E R

The court reporter has filed a notification of late record stating that the appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record. It is therefore ORDERED that appellant provide written proof to this court **within ten days** of the date of this order that: either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court